Daley & Heft, LLP
Attorneys at Law
Lee H. Roistacher, Esq. (SBN 179619)
462 Stevens Avenue, Suite 201
Solana Beach, CA  92075
Telephone:  (858) 755-5666
Facsimile:  (858) 755-7870
E-mail:  lroistacher@daleyheft.com

Attorneys for Defendant
Frank Meranda

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KAMREE MILLER,<br><br>        Plaintiff,<br><br>v.<br><br>FRANK MERANDA, Patrol Officer for California Highway Patrol; KEERAT LAL, Sergeant for California Highway Patrol,<br><br>        Defendants. | Case No.:    18-cv-07323-EMC<br><br>**CERTIFICATE OF SERVICE**<br><br>Dept:      Courtroom 5<br>Judge:     Hon. Edward M. Chen<br><br>Complaint Filed: December 4, 2018<br>Trial Date: None set |

       I, Maria E. Kilcrease, certify and declare as follows:

       I am over the age of 18 and not a party to the action.  I am employed in the County of San Diego, California.  My business address is 462 Stevens Avenue, Suite 201, Solana Beach, California.  My electronic address is mkilcrease@daleyheft.com.

       On May 7, 2019, I served all interested parties in this action the following documents described and addressed as follows:

**DEFENDANT FRANK MERANDA'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**

    [ X ]    BY ELECTRONIC SERVICE: On the date stated below, I served the above referenced documents via CM/EFC described above on the designated recipients below

///

| | |
|---|---|
| 1 | through electronic transmission of said documents; a certified receipt is issued to filing party |
| 2 | acknowledging receipt by CM/EFC's system. |
| 3 | The following are those who are currently on the CM/ECF service list: |

Daniel M. Siegel
Emilyrose N. Johns
Siegel, Yee & Brunner
475 14th Street, Suite 500
Oakland, CA 94612
Tel: (510) 839-1200
Fax: (510) 444-6698
E-mail: danmsiegel@gmailcom
   emilyrose@siegelyee.com

**Attorneys for Plaintiff, Kamree Miller**

Jeff F. Wozniak
Law Offices of Jeff Wozniak
1663 Mission Street, Suite 200
San Francisco, CA 94103
Tel: (415) 864-5600
Fax: (415) 865-0376
Email: jeff@jeffwozniaklaw.com

**Attorneys for Plaintiff, Kamree Miller**

Wil Fong
Deputy Attorney General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
Tel: (510) 879-0189
Fax: (510) 622-2270
Email: wil.fong@doj.ca.gov

**Attorneys for Defendant, Sergeant Keerat Lal**

[ ] BY FACSIMILE: Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax number listed above. No error was reported by the fax machine (858) 755-7870 that I used.

[ ] BY E-MAIL: On the date stated above, I caused to be served the document via Email described above on designated recipients.

///

2
Certificate of Service    Case No. 18-cv-07323-EMC

1   [ ]   BY MAIL:  By placing an envelope for collection and mailing following our
2   ordinary business practices. I am readily familiar with the office's practice of collecting and
3   processing of documents for mailing. Under that practice it would be deposited with the
4   United States Postal Service on the same day in a sealed envelope with first-class postage
5   prepaid at Solana Beach, California in the ordinary course of a business day.
6       I declare under penalty of perjury under the laws of the State of California that the
7   foregoing is true and correct. I declare that I am employed in the office of a member of the bar
8   of this court at whose direction the service was made.

10  Executed on May __7__, 2019            _Maria E. Kilcrease_
11                                          Maria E. Kilcrease