```
DAN SIEGEL, SBN 56400
EMILYROSE JOHNS, SBN 294319
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com; emilyrose@siegelyee.com

JEFF WOZNIAK, SBN 256738
LAW OFFICES OF JEFF WOZNIAK
1663 Mission Street, Suite 200
San Francisco, California 94103
Telephone: (415) 864-5600
jeff@jeffwozniaklaw.com

Attorneys for Plaintiff
KAMREE MILLER
```

# UNITED STATED DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| KAMREE MILLER, | ) Case No. 3:18-cv-07323-EMC |
|---|---|
| Plaintiff, | ) **UPDATED JOINT CASE** |
| | ) **MANAGEMENT STATEMENT** |
| vs. | ) |
| | ) Date:       August 1, 2019 |
| FRANK MERANDA, Patrol Officer for California Highway Patrol; KEERAT LAL, Sergeant for California Highway Patrol, | ) Time:       10:30 a.m. |
| | ) Location:  Courtroom 5, 17th Floor |
| | )                450 Golden Gate Ave. |
| | )                San Francisco, CA |
| | ) |
| Defendants. | ) Hon. Edward M. Chen |

Pursuant to the Court's Order of April 19, 2019, (ECF No. 41,) the parties submit the following updated joint case management statement in advance of the August 1, 2019, case management conference set in this matter.

Pursuant to the Court's April 19, 2019, order, the case was referred to Judge Robert M. Illman for settlement. Judge Illman will hold a settlement conference for the parties on August 19, 2019. The parties are in the process of conducting discovery. The named parties have been deposed, and counsel for the parties are preparing to depose

---

*Miller v. Meranda*, Case no. 3:18-cv-07323-EMC
Updated Joint Case Management Conference- 1

1  witnesses, some of whom will be deposed prior to the August 19, 2019, settlement
2  conference to ensure that it is productive.
3      In the April 18, 2019, case management conference, the Court said that it would
4  like the parties to participate in a settlement conference prior to returning for a case
5  management conference and the setting of dates in the case. The settlement conference
6  was set for August 19, 2019, because it was the earliest date possible that accommodated
7  Judge Illman's and the parties' schedules. Therefore, the parties respectfully request
8  that the Court continue the case management conference currently set for August 1,
9  2019, to August 22, 2019, or a date thereafter that the Court prefers.

Dated: July 18, 2019

SIEGEL, YEE, BRUNNER & MEHTA

By:   /s/EmilyRose Johns
    EmilyRose Johns

Attorneys for Plaintiff
Kamree Miller

Dated: July 18, 2019

DALEY & HEFT, LLP

By:  /s/ Lee H. Roistacher
    Lee H. Roistacher

Attorneys for Defendant
Frank Meranda

Dated: July 18, 2019

XAVIER BECERRA
Attorney General of California

By:   /s/Wil Fong
    Wil Fong

Attorneys for Defendant
Sgt. Keerat Lal

---

*Miller v. Meranda*, Case no. 3:18-cv-07323-EMC
Updated Joint Case Management Conference- 2