DAN SIEGEL, SBN 56400
EMILYROSE JOHNS, SBN 294319
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com; emilyrose@siegelyee.com

JEFF WOZNIAK, SBN 256738
LAW OFFICES OF JEFF WOZNIAK
1663 Mission Street, Suite 200
San Francisco, California 94103
Telephone: (415) 864-5600
jeff@jeffwozniaklaw.com

Attorneys for Plaintiff
KAMREE MILLER

# UNITED STATED DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| KAMREE MILLER, | ) Case No. 3:18-cv-07323-EMC |
|---|---|
| Plaintiff, | ) **STIPULATED NOTICE OF DISMISSAL** |
| vs. | ) |
| FRANK MERANDA, Patrol Officer for California Highway Patrol; KEERAT LAL, Sergeant for California Highway Patrol, | ) |
| Defendants. | ) |

The parties, through their undersigned attorneys, having settled this action, hereby agree to dismiss this case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties further stipulate that each party shall bear its own costs and attorneys' fees.

*Miller v. Meranda*, Case no. 3:18-cv-07323-EMC
Stipulated Notice of Dismissal - 1

Dated: November 27, 2019

SIEGEL, YEE, BRUNNER & MEHTA

By:   */s/EmilyRose Johns*
    EmilyRose Johns

Attorneys for Plaintiff
Kamree Miller

Dated: November 27, 2019

DALEY & HEFT, LLP

By:  */s/ Lee H. Roistacher*
    Lee H. Roistacher

Attorneys for Defendant
Frank Meranda

Dated: November 27, 2019

XAVIER BECERRA
Attorney General of California

By:   */s/Wil Fong*
    Wil Fong

Attorneys for Defendant
Sgt. Keerat Lal

Dated: 11/27/2019

**GRANTED**
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

*Miller v. Meranda*, Case no. 3:18-cv-07323-EMC
Stipulated Notice of Dismissal - 2